UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Stanford L. Miller,

Plaintiff,

vs.

Conseco Finance Corp.,

Defendant.

Civil No. 01-757 DWF/AJB

**STIPULATION TO AMEND CASE CAPTION** AND ORDER

The parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Rules 15 and 25 of the Federal Rules of Civil Procedure, that "Conseco Finance Servicing Corp." may be substituted as Defendant in the action for "Conseco Finance Corp."

Respectfully submitted,

WILLIAM J. EGAN, PLC

By William J. Egan

William J. Egan (166029)
Attorney for Plaintiff
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: July 12, 2001

BRIGGS AND MORGAN, P.A.

By Ann Huntrods

Ann Huntrods (132640)
Attorneys for Defendant
2200 First National Bank Building
St. Paul, MN 55101
(651) 223-6549

Dated: July 16, 2001

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, "Conseco Finance Servicing Corp." shall be substituted as Defendant for "Conseco Finance Corp.," and hereinafter, all pleadings and other documents relative to the above-referenced action shall be captioned, "Stanford L. Miller, Plaintiff, vs. Conseco Finance Servicing Corp., Defendant, Civil No. 01-757 DWF/AJB."

BY THE COURT:

Arthur J. Boylan
Magistrate Judge of District Court

Dated: 8/14, 2001

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500