**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stanford L. Miller,

Plaintiff,

vs.

Conseco Finance Servicing Corp.,

Defendant.

Civil No. 01-757 DWF/AJB

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

WHEREAS, the Pretrial Schedule governing this case requires that discovery be commenced in time to be completed by March 1, 2002; and

WHEREAS, counsel for Plaintiff, a sole practitioner, was called into trial on March 1, 2002; and

WHEREAS, due to counsel's schedule, depositions set for the end of February, 2002, were required to be postponed; and

WHEREAS, the parties anticipate that all depositions can be completed on or before March 29, 2002; and

WHEREAS, the parties agree that an extension of time for discovery, non-dispositive motions, and dispositive motions will neither prejudice either party's ability to prepare for trial nor delay any subsequent deadlines set forth in the Court's Pretrial Scheduling Order; and

WHEREAS, counsel agree that an Order containing the terms set forth herein may be entered by the Court without further notice and that the parties will abide by the terms of this Stipulated Order during the period prior to the Court's execution of this document.

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree that the Pretrial Schedule Order can be amended to provide:

Discovery Plan.

1. Discovery shall be commenced in time to be completed by March 29, 2002.

2. Defendant's expert reports shall be due on or before March 29, 2002.

Non-Dispositive Motions.

1. All other non-dispositive motions and supporting documents, including those relating to discovery, shall be served and filed by the discovery deadline date of March 29, 2002.

Dispositive Motions.

1. All dispositive motions shall be served and filed by the parties by May 15, 2002.

Respectfully submitted,

Dated: February 27, 2002

WILLIAM J. Egan, PLC

By: ______________________
William J. Egan (#166029)
Attorney for Plaintiff
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: February 26, 2002

BRIGGS AND MORGAN, P.A.

By: ______________________
Ann Huntrods (#132640)
Michelle K. Peterson (#305017)
Attorneys for Defendant
W-2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 223-6549

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED:

1. That the time for completion of discovery in the above-referenced matter shall be extended to March 29, 2002;

2. That the time by which non-dispositive motions shall be filed is extended to March 29, 2002; and

3. That the time by which dispositive motions shall be filed is extended to May 15, 2002.

SO ORDERED.

BY THE COURT:

Dated: 2/28/02

Arthur J. Boylan
Magistrate Judge of District Court